VICTOR RIVERA, Respondent, *v.* RUMAX REALTY CORPORATION, Appellant.

First Department, February 17, 1939.

*Robert E. Perin* of counsel [*Joseph E. Greenberg*, attorney], for the appellant.

*Mark L. Giller,* for the respondent.

PER CURIAM. Upon the newly-discovered evidence of the president and bookkeeper of the plaintiff's employer that the plaintiff was at work at the time of the alleged accident and for a considerable time thereafter, the motion for a new trial should have been granted.

The determination of the Appellate Term and the judgment and order of the Municipal Court should be reversed and the motion for a new trial granted, with costs to the appellant in all courts to abide the event.

Present — MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and COHN, JJ.

Determination of the Appellate Term and judgment and order of the Municipal Court unanimously reversed, and the motion for a new trial granted, with costs to the appellant in all courts to abide the event.